Gustav E. Beerly, Appellee, v. The Wm. Meyer Company, Appellant.

Gen. No. 43,829.

opinion filed November 13, 1947; released for publication December 13, 1947. Norman A. Korfist, for appellant; Edwin A. Halligan and Samuel M. Lanoff, for appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.